UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-1453__    Caption: Hartsoe, et al. v. Baltimore Lutheran High School Association

Appellant Baltimore Lutheran High School Association, d/b/a Concordia Prepartory School
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed Appendix Volume

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Exhibits to motions filed under seal in District Court pursuant to Protective Order entered in the Gomez v. Baltimore Lutheran High School Association, et al. matter and Federal Rule of Civil Procedure 5.2.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Exhibits are sealed from everyone other than Court.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

01/15/2020 SCC            1 of 2

## CERTIFICATE OF SERVICE

I certify that on __June 5, 2023__ the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Christina Graziano, Esq.
Justin Browne, Esq.
Brian Ketterer, Esq.
Ketterer, Browne & Associates, LLC
336 S. Main Street
Bel Air, Maryland 21014
Christina@KBAattorneys.com
Justin@KBAattorneys.com
Brian@KBAattorneys.com

| /s/ Mark P. Johnson | 06/05/20 |
|---|---|
| Signature | Date |