FILED: June 5, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1453
(1:20-cv-03132-RDB)

_____

DONNA BUETTNER-HARTSOE; N.H., by and through her Parent and Next Friend Donna Buettner-Hartsoe

      Plaintiffs - Appellees

v.

BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, d/b/a Concordia Preparatory School

      Defendant - Appellant

and

LUTHERAN CHURCH-MISSOURI SYNOD

      Defendant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number II under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk