FILED: June 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1453
(1:20-cv-03132-RDB)

_____

DONNA BUETTNER-HARTSOE; N.H., by and through her Parent and Next Friend Donna Buettner-Hartsoe

  Plaintiffs - Appellees

v.

BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, d/b/a Concordia Preparatory School

  Defendant - Appellant

 and

LUTHERAN CHURCH-MISSOURI SYNOD

  Defendant

------------------------------

ASSOCIATION OF INDEPENDENT MARYLAND & DC SCHOOLS; NATIONAL ASSOCIATION OF INDEPENDENT SCHOOLS; NATIONAL BUSINESS OFFICERS ASSOCIATION; ASSOCIATION OF INDEPENDENT SCHOOLS OF GREATER WASHINGTON; SOUTHERN ASSOCIATION OF INDEPENDENT SCHOOLS; VIRGINIA ASSOCIATION OF INDEPENDENT SCHOOLS; NORTH CAROLINA ASSOCIATION OF INDEPENDENT SCHOOLS; PALMETTO ASSOCIATION OF INDEPENDENT SCHOOLS; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; INSTITUTE

FOR JUSTICE; NAPA INSTITUTE LEGAL FOUNDATION; THOMAS MORE SOCIETY

          Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/04/2023

Reply brief due: 09/15/2023

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>