No. 23-1453

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Donna Buettner-Hartsoe, et al.
*Plaintiffs-Appellees*,

v.

Baltimore Lutheran High School Association,
d/b/a Concordia Preparatory School,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of Maryland
Case No. 1:20-cv-03132
The Honorable Richard D. Bennett

# MOTION OF *AMICI CURIAE* CIVIL RIGHTS AND SURVIVOR ADVOCACY ORGANIZATIONS FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), *amici curiae* Civil Rights and Survivor Advocacy Organizations ("*Amici*") move for leave to participate in oral argument. Plaintiffs-Appellees, through counsel, have agreed to cede five minutes of their oral argument time to counsel for these *Amici*. Defendant-Appellant consents to this relief.

This case implicates an important question about the sweep of Title IX of the Education Amendments of 1972: whether it applies to schools

that receive § 501(c)(3) tax benefits. As explained in their brief, *Amici* are eight civil rights and gender justice organizations that work to promote sex equality and safety in education. *Amicus* Br. at 1, ECF No. 42-1. From their significant expertise, *Amici* recognize that judicial enforcement of Title IX that realizes the statute's full breadth and promise is crucial to protecting all students' rights to learn and thrive in school. *Id.*

*Amici* have brought that expertise to bear on their brief, which discusses the ordinary meaning of the language used in Title IX, *Amicus* Br. at 4-8, 15-20; relevant Supreme Court and Fourth Circuit precedent, *id.* at 8-15; Title IX's structure and regulations, *id.* at 20-25; and Title IX's legislative history, *id.* at 25-30, in more depth than the parties' briefs. The brief also discusses why Defendant-Appellant and its *amici* exaggerate Title IX's burden on schools and ignore the costs of sexual violence. *Id.* at 30-32. *Amici* are well positioned to answer the Court's questions about these and other matters at oral argument.

If the Court grants this motion, the *amicus* brief's primary author, Sean Ouellette, would present argument on behalf of *Amici*. Mr. Ouellette and his colleagues in the Students' Civil Rights Project at Public Justice—a national public interest legal advocacy organization—

have extensive experience interpreting and litigating cases under Title IX. *See, e.g.*, *Brown v. Arizona*, 82 F.4th 863 (9th Cir. 2023); *Grabowski v. Arizona Bd. of Regents*, 69 F.4th 1110 (9th Cir. 2023); *Snyder-Hill v. Ohio State Univ.*, 48 F.4th 686 (6th Cir. 2022), *cert. denied*, 143 S. Ct. 2659 (2022); *Doe v. Fairfax Cnty. Sch. Bd.*, 1 F.4th 257 (4th Cir. 2021), *cert. denied*, 143 S. Ct. 442 (2022); *Moss v. Pa. State Univ.*, No. 4:22-CV-529, 2023 WL 5184976 (M.D. Pa. Aug. 11, 2023); *Czerwienski v. Harvard Univ.*, No. 22-CV-10202, 2023 WL 2763721 (D. Mass. Mar. 31, 2023).

Given *Amici*'s expertise and extensive experience with Title IX, their participation in oral argument will aid the Court in deciding the important issue it presents about Title IX's scope. As in their brief, *Amici* will offer a unique contribution at oral argument, with attention to the broader repercussions of the Court's ruling.

For the reasons explained above, the Court should grant *Amici* leave to participate in oral argument.

Dated: November 13, 2023 /s/ *Sean Ouellette*
Sean Ouellette
Shariful Khan
Adele Kimmel
PUBLIC JUSTICE
1620 L Street NW, Suite 630

Washington, DC 20036
(202) 797-8600
souellette@publicjustice.net
akimmel@publicjustice.net
skhan@publicjustice.net

*Counsel for* Amici Curiae *Civil Rights and Survivor Advocacy Organizations*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Century Schoolbook font.

Dated: November 13, 2023         */s/ Sean Ouellette*
                                 Sean Ouellette
                                 *Counsel for* Amici Curiae

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on November 13, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the appellate CM/ECF system.

Dated: November 13, 2023  /s/ *Sean Ouellette*
Sean Ouellette
*Counsel for* Amici Curiae