# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

| |
|---|
| This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form. |
| Case Number: 23-1453    Date of Oral Argument: 01/25/24 |
| Caption: Donna Buettner-Hartsoe v. Baltimore Lutheran High School Association |
| Attorney Arguing: Gregg E. Viola |
| Arguing on Behalf of (party name): Baltimore Lutheran High School Association |
| Select party type:<br>☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor |
| Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: |
| **Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.<br>→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time<br>→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases<br>→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes) |

First Attorney Arguing Per Side: Gregg E. Viola
Phone Number (day of argument): 410-812-2012

Principal Argument Time: 14    Rebuttal Argument Time (if any): 6
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
                                              ☐ Court-Appointed Amicus

Signature: /s/ Gregg E. Viola    Date: 12/07/23

03/08/2022 SCC