FILED: December 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1453
(1:20-cv-03132-RDB)

_____

DONNA BUETTNER-HARTSOE; N.H., by and through her Parent and Next Friend Donna Buettner-Hartsoe

   Plaintiffs - Appellees

v.

BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, d/b/a Concordia Preparatory School

   Defendant - Appellant

 and

LUTHERAN CHURCH-MISSOURI SYNOD

   Defendant

------------------------------

ASSOCIATION OF INDEPENDENT MARYLAND & DC SCHOOLS; NATIONAL ASSOCIATION OF INDEPENDENT SCHOOLS; NATIONAL BUSINESS OFFICERS ASSOCIATION; ASSOCIATION OF INDEPENDENT SCHOOLS OF GREATER WASHINGTON; SOUTHERN ASSOCIATION OF INDEPENDENT SCHOOLS; VIRGINIA ASSOCIATION OF INDEPENDENT SCHOOLS; NORTH CAROLINA ASSOCIATION OF INDEPENDENT

SCHOOLS; PALMETTO ASSOCIATION OF INDEPENDENT SCHOOLS; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; INSTITUTE FOR JUSTICE; NAPA INSTITUTE LEGAL FOUNDATION; THOMAS MORE SOCIETY

  Amici Supporting Appellant

EQUAL RIGHTS ADVOCATES; MARYLAND COALITION AGAINST SEXUAL ASSUALT; NATIONAL ALLIANCE TO END SEXUAL VIOLENCE; NATIONAL COUNCIL OF JEWISH WOMEN; PUBLIC JUSTICE; ROCKY MOUNTAIN VICTIM LAW CENTER; STOP SEXUAL ASSUALT IN SCHOOLS; WOMEN'S LAW PROJECT

  Amici Supporting Appellee

---

O R D E R

---

This case is scheduled for oral argument on January 25, 2024.

Upon consideration of the unopposed motion of amici curiae Civil Rights and Survivor Advocacy Organizations for leave to participate in oral argument on time ceded by appellees, the court grants the motion.

    For the Court

    /s/ Nwamaka Anowi, Clerk