FILED: March 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1453
(1:20-cv-03132-RDB)

_____

DONNA BUETTNER-HARTSOE; N.H., by and through her Parent and Next Friend Donna Buettner-Hartsoe

   Plaintiffs - Appellees

v.

BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, d/b/a Concordia Preparatory School

   Defendant - Appellant

 and

LUTHERAN CHURCH-MISSOURI SYNOD

   Defendant

------------------------------

ASSOCIATION OF INDEPENDENT MARYLAND & DC SCHOOLS; NATIONAL ASSOCIATION OF INDEPENDENT SCHOOLS; NATIONAL BUSINESS OFFICERS ASSOCIATION; ASSOCIATION OF INDEPENDENT SCHOOLS OF GREATER WASHINGTON; SOUTHERN ASSOCIATION OF INDEPENDENT SCHOOLS; VIRGINIA ASSOCIATION OF INDEPENDENT SCHOOLS; NORTH CAROLINA ASSOCIATION OF INDEPENDENT SCHOOLS; PALMETTO ASSOCIATION OF INDEPENDENT SCHOOLS;

ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; INSTITUTE FOR JUSTICE; NAPA INSTITUTE LEGAL FOUNDATION; THOMAS MORE SOCIETY

  Amici Supporting Appellant

EQUAL RIGHTS ADVOCATES; MARYLAND COALITION AGAINST SEXUAL ASSUALT; NATIONAL ALLIANCE TO END SEXUAL VIOLENCE; NATIONAL COUNCIL OF JEWISH WOMEN; PUBLIC JUSTICE; ROCKY MOUNTAIN VICTIM LAW CENTER; STOP SEXUAL ASSUALT IN SCHOOLS; WOMEN'S LAW PROJECT

  Amici Supporting Appellee

---

## J U D G M E N T

---

  In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ NWAMAKA ANOWI, CLERK